# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156790

SARAH LYNN NORTLEY,
   Plaintiff-Appellant,

v

             SC:  156790
             COA:  333240
             Jackson CC:  16-000110-NM

DENNIS HURST, DENNIS HURST &
ASSOCIATES, and MICHAEL ROSENTHAL,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the October 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2018



                Clerk

s0620